**Order entered April 15, 2020**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-20-00435-CR

**KYLE DAMOND JONES, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. C19-0973**

## ORDER

Before Chief Justice Burns and Justices Myers and Carlyle

Before the Court is appellant's April 8, 2020 emergency motion. The motion is **DENIED**.

/s/    ROBERT D. BURNS, III
           CHIEF JUSTICE